UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

CIVIL ACTION NO.: 14-10236

vs.

HONORABLE: George Caram Steeh

JEFFREY SCHULTZ,

        Defendant,
_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant JEFFREY SCHULTZ cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

IT IS ORDERED:

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

a. [X] First class mail to 9043 Wormer, Redford, MI 48235.

b. [X] Certified Mail, Return Receipt Requested.

c. [X] Tacking or firmly affixing to the door at 9043 Wormer, Redford, MI 48235.

IT IS FURTHER ORDERED:

For each method used, proof of service must be filed promptly with the court.

_____
George Caram Steeh
United States District Judge

Dated: JUN 1 6 2014